# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Rebecca B. | Eastern District of Virginia | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
600 Granby Street
Norfolk, Virginia 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | General Douglas MacArthur Foundation, Norfolk, Va |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Rebecca B.** | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-37) | | | | | | | | | |
| 4. Schwab Govt. Money Fund | A | Int./Div. | K | T | | | | | |
| 5. Standard & Poor's Midcap 400 | A | Int./Div. | K | T | | | | | |
| 6. Tr MSCI EAFE Index Fund | A | Int./Div. | | | Sold | 07/23/13 | K | C | |
| 7. Standard & Poor's 500 Depository Receipts Trust | A | Int./Div. | | | Sold | 07/23/13 | K | D | |
| 8. A T & T Inc New | A | Int./Div. | | | Sold | 05/20/13 | J | B | |
| 9. Verizon Communications | A | Int./Div. | J | T | | | | | |
| 10. IShares S & P Smcap Value | A | Int./Div. | | | Sold | 07/23/13 | J | C | |
| 11. IShares TR Barclays Bond Intermediate, now IShares TR Bond | A | Int./Div. | K | T | | | | | |
| 12. IShares TR Barclays Fund Aggregate now Ishares Core | A | Int./Div. | J | T | | | | | |
| 13. IShares Tr Cohen & Steer | A | Int./Div. | | | Sold | 07/23/13 | J | C | |
| 14. SPDR Trust Unit Sr 1 | | None | | | Sold | 07/23/13 | J | | |
| 15. IShares Trust (High Yield Corp) | A | Int./Div. | J | T | | | | | |
| 16. Vanguard MSCI Emerging Markets | | None | J | T | | | | | |
| 17. IShares Tr Barclays Tips | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Wisdomtree Trust | | None | J | T | | | | | |
| 19. Dominion Resources | A | Int./Div. | J | T | Buy | 10/09/13 | J | | |
| 20. JP Morgan Chase | A | Int./Div. | K | T | Buy | 06/27/13 | K | | |
| 21. Apple Inc | A | Int./Div. | J | T | Buy | 02/13/13 | J | | |
| 22. BP PLC ADR | A | Int./Div. | J | T | Buy | 07/23/13 | J | | |
| 23. Alps Trust ETF | | None | J | T | Buy | 07/23/13 | J | | |
| 24. IShares S & P 500 Value | B | Int./Div. | K | T | Buy | 07/23/13 | K | | |
| 25. Powershares ETF | | None | J | T | Buy | 03/11/13 | J | | |
| 26. Vanguard FTSE ETF | B | Int./Div. | K | T | Buy | 07/23/13 | K | | |
| 27. Wisdomtree Small Cap | B | Int./Div. | K | T | Buy | 07/23/13 | K | | |
| 28. Taxable Bonds: | | | | | | | | | |
| 29. Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | | None | J | T | | | | | |
| 30. US TSY Inflation Index Notes 7-15-13 | | None | | | Matured | 07/15/13 | J | B | |
| 31. U.S. T-Note 5/31/13 | | None | | | Matured | 05/31/13 | K | | |
| 32. U.S. T-Note 8/15/15 | A | Int./Div. | J | T | | | | | |
| 33. Fed Farm CR BK 6/8/17 | A | Int./Div. | K | T | | | | | |
| 34. Conocophillips 10/15/16 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amgen 11/15/21 | A | Int./Div. | J | T | | | | | |
| 36. Maryland St Sta 12/15/18 | A | Int./Div. | J | T | | | | | |
| 37. Fla Hurricane | A | Int./Div. | J | T | Buy | 06/06/13 | J | | |
| 38. Farm, ▨▨▨▨ | | None | N | W | | | | | |
| 39. Investment Account #2 directing (line 40) | | | | | | | | | |
| 40. Brokerage Account #2 holding (lines 41-94) | | | | | | | | | |
| 41. Schwab Govt Money Fund | A | Int./Div. | J | T | | | | | |
| 42. Equities/Stocks: | | | | | | | | | |
| 43. A T & T Inc. | B | Dividend | K | T | | | | | |
| 44. Ace Limited | A | Dividend | K | T | | | | | |
| 45. Auto Data Processing | A | Dividend | K | T | | | | | |
| 46. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 47. Dollar Tree Inc. | A | Dividend | K | T | | | | | |
| 48. DuPont E I De Nemours & Co. | A | Dividend | K | T | | | | | |
| 49. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 50. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 51. General Electric Co. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Honeywell International | B | Dividend | L | T | | | | | |
| 53. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 54. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 55. Kraft Foods, Inc name changed to Mondelez on 10/2/12 | A | Dividend | K | T | | | | | |
| 56. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 57. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 58. Verizon Communications | A | Dividend | J | T | | | | | |
| 59. Canadian Natl Ry Co | A | Dividend | K | T | | | | | |
| 60. Home Depot | A | Dividend | K | T | | | | | |
| 61. Marathon Oil Corp | A | Dividend | J | T | | | | | |
| 62. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 63. Travelers Companies | A | Dividend | K | T | | | | | |
| 64. Vanguard Div Apprciation | A | Dividend | K | T | | | | | |
| 65. Chevron Corporation | A | Dividend | K | T | | | | | |
| 66. Wal-Mart Stores Inc | A | Dividend | K | T | | | | | |
| 67. SPDR Index Shares Fund | | None | J | T | | | | | |
| 68. Apple Inc | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Marathon Pete Corp | | None | | | Sold | 07/23/13 | J | B | |
| 70. Plum Creek Timber Co | B | Dividend | J | T | | | | | |
| 71. Amgen Incorporated | A | Dividend | J | T | | | | | |
| 72. BP PLC ADR | A | Dividend | K | T | | | | | |
| 73. CSX Corp | A | Dividend | K | T | | | | | |
| 74. Cliffs Natural Res Inc | A | Dividend | | | Sold | 02/13/13 | J | | |
| 75. Corning Inc | A | Dividend | J | T | | | | | |
| 76. McDonalds Corp | A | Dividend | J | T | | | | | |
| 77. Kraft FoodsGroup | A | Dividend | J | T | | | | | |
| 78. Total S A Adr | A | Dividend | J | T | | | | | |
| 79. Deere & Co | A | Dividend | K | T | Buy | 09/27/13 | K | | |
| 80. ENSCO Plc Class A | A | Dividend | K | T | Buy | 11/20/13 | K | | |
| 81. Tax Exempt Bonds: | | | | | | | | | |
| 82. Bristol, VA 11/1/16 | A | Interest | J | T | | | | | |
| 83. Prince William County VA CTF Partn 6/1/15 | A | Interest | J | T | | | | | |
| 84. Virginia College Bl. 9/1/15 | A | Interest | J | T | | | | | |
| 85. Virginia College Bl. 4/1/16 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | | | | | |
| 87. Appamattox Cnty Va 05/01/14 | A | Interest | K | T | | | | | |
| 88. Fairfax Cnty Va ECO 05/15/17 | A | Interest | J | T | | | | | |
| 89. Virginia St Hsg 04/01/13 | A | Interest | | | Matured | 04/01/13 | J | | |
| 90. Hanover County VA Eco 04/01/18 | A | Interest | K | T | | | | | |
| 91. Norfolk Va Arpt Aut 07/01/13 | A | Interest | | | Matured | 07/01/13 | J | | |
| 92. Virginia St Res Aut 11/01/19 | A | Interest | K | T | | | | | |
| 93. Richmond Va Met | B | Interest | K | T | | | | | |
| 94. Fairfax Co Wtr Au | A | Interest | J | T | Buy | 10/10/13 | J | | |
| 95. Wells Fargo | A | Interest | M | T | | | | | |
| 96. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 97. C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | W | | | | | |
| 98. GJF Currituck Beach Associates, NC | | None | J | W | | | | | |
| 99. IRA - Equi-Vest | | None | | | Closed | 08/13/13 | K | | |
| 100. Deferred Annuity - Equitable Life Ins. Co. | | None | | | Closed | 08/19/13 | K | | |
| 101. Holly Holdings, Inc. | A | Interest | | | Closed | 05/15/13 | M | | |
| 102. Friends of Cedar Point Country Club | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA-Brokerage Acct #3 directing and holding (lines104-153) | | | | | | | | | |
| 104. UBS Financial Services IRA Partial Dist. | D | Distribution | M | T | | | | | |
| 105. Washington Real Estate Investment Fund | A | Int./Div. | J | T | | | | | |
| 106. IShares Trust Russell 1000 Value Index | A | Int./Div. | J | T | | | | | |
| 107. IShares Trust Russell 1000 Growth Index | B | Int./Div. | J | T | | | | | |
| 108. IShares Inc MSCI Brazil | | None | | | Sold | 02/25/13 | J | A | |
| 109. IShares Trust Russell Midcap Value Index | B | Int./Div. | J | T | | | | | |
| 110. IShares Trust Russell Midcap Growth Index | B | Int./Div. | J | T | | | | | |
| 111. IShares MSCI EAFE Index Fund | B | Int./Div. | J | T | | | | | |
| 112. IShares Inc MSCI Pac Ex Japan | A | Int./Div. | | | Sold | 02/25/13 | J | A | |
| 113. IShares MSCI Emerging Markets Index | | None | J | T | | | | | |
| 114. SPDR S & P 500 ETF | | None | | | Sold | 02/25/13 | J | | |
| 115. Vanguard Total Stock Mkt ETF | A | Int./Div. | | | Sold | 02/25/13 | J | | |
| 116. Vanguard Index Funds Vanguard Value ETF | A | Int./Div. | J | T | | | | | |
| 117. Vanguard Index Funds Vanguard Small Cap | B | Int./Div. | J | T | | | | | |
| 118. Vanguard Index Funds Vanguard Growth | B | Int./Div. | J | T | | | | | |
| 119. Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard MSCI European ETF | A | Int./Div. | | | Sold | 02/25/13 | J | A | |
| 121. IShares IBoxx $ Invt Gra De Corp Fund | | None | J | T | | | | | |
| 122. IShares TR Core Total | A | Int./Div. | | | Sold | 02/25/13 | J | A | |
| 123. IShares Barclays Inter CR BD FD | | None | | | Sold | 01/02/13 | J | A | |
| 124. IShares Barclays MBS Fund | | None | | | Sold | 07/23/13 | J | | |
| 125. IShares IBoxx High Yield Corp | | None | J | T | | | | | |
| 126. Powershares Emerging Markets Sovereign | | None | J | T | | | | | |
| 127. SPDR Barclays Inter Term | | None | | | Sold | 02/25/13 | J | | |
| 128. SPDR Barclays Intl Treas | | None | J | T | | | | | |
| 129. SPDR Barclays Capital High Yield ETF | A | Int./Div. | J | T | | | | | |
| 130. IShares Gold Trust ETF | | None | | | Sold | 06/26/13 | J | | |
| 131. Jefferies Commodity Strategy Alloc. Fund | | None | | | Sold | 02/25/13 | J | A | |
| 132. Pimco Commodity Real Return Strategy | | None | J | T | | | | | |
| 133. Permanent Portfolio Fund | A | Int./Div. | | | Sold | 02/25/13 | J | A | |
| 134. Fed. Gavt Income Fund Class A | | None | J | T | | | | | |
| 135. Lord Abbett Intermediate Tax Fund | | None | J | T | | | | | |
| 136. Thornburg Limited Term Fund | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Advantage Intermediate | | None | J | T | | | | | |
| 138. Wells Fargo Advantage Municipal Fund | | None | J | T | | | | | |
| 139. IShares 7-10 Year Treas Bond ETF | | None | J | T | Buy | 02/25/13 | J | | |
| 140. IShares Tips Bond ETF | | None | J | T | Buy | 02/25/13 | J | | |
| 141. IShares JP Morgan USD Emerging Markets | | None | J | T | Buy | 02/25/13 | J | | |
| 142. Blackrock High Yield | A | Int./Div. | K | T | Buy | 09/17/13 | K | | |
| 143. Goldman Sachs Strategic Income | A | Int./Div. | K | T | Buy | 09/17/13 | K | | |
| 144. Nuveen Symphony Floating | A | Int./Div. | K | T | Buy | 09/17/13 | K | | |
| 145. Prudential Short Term Corporate Bond | A | Int./Div. | K | T | Buy | 09/17/13 | K | | |
| 146. Virtus Multi-Sector Short Term Bond | A | Int./Div. | K | T | Buy | 09/17/13 | K | | |
| 147. AQR Managed Futures Strategy | A | Int./Div. | J | T | Buy | 02/25/13 | J | | |
| 148. Tax Exempt Bonds: | | | | | | | | | |
| 149. Virginia Beach Va Pub Impt 7/15/23 | A | Interest | J | T | | | | | |
| 150. Virginia Small Business Fing Auth 11/1/21 | | None | K | T | | | | | |
| 151. Arlington Cnty Va IDA 7/1/31 | A | Interest | K | T | | | | | |
| 152. Roanoke VA EDA Hosp 7/1/20 | A | Interest | K | T | | | | | |
| 153. Henrico County Va Econ Auth Res Care 10/1/35 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brokerage Account #4 directing and holding (lines155-190) | | | | | | | | | |
| 155. Resource Management Tax Free Fund (now UBS Bank USA Dep Acct) | | None | J | T | | | | | |
| 156. Equities/Stocks: | | | | | | | | | |
| 157. IShares Trust Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 158. IShares Trust Russell 1000 Growth Index Fund | B | Dividend | J | T | | | | | |
| 159. IShares Trust Russell Midcap Index Fund | B | Dividend | J | T | | | | | |
| 160. IShares MSCI EAFE Index Fund | B | Dividend | J | T | | | | | |
| 161. Rydex ETF Trust S & P 500 (NOW SPDR S & P 500 ETF) | | None | | | Sold | 02/25/13 | J | B | |
| 162. IShares Barclays MBS Bond Fd | | None | | | Sold | 05/30/13 | J | | |
| 163. SPDR Barclays Capital Int Term Treasure ETF | | None | | | Sold | 02/25/13 | J | A | |
| 164. Permanent Portfolio Fund Inc. | | None | | | Sold | 02/25/13 | J | B | |
| 165. IShares Gold Trust ETF | | None | | | Sold | 02/26/13 | J | | |
| 166. Vanguard Total Stock MKT ETF | A | Dividend | | | Sold | 02/25/13 | J | A | |
| 167. Vanguard Index Funds Vanguard Value | A | Dividend | J | T | | | | | |
| 168. Vanguard Index Funds Vanguard Growth | B | Dividend | J | T | | | | | |
| 169. Vanguard MSCI European ETF | A | Dividend | | | Sold | 02/25/13 | J | A | |
| 170. IShares Barclays 7-10 year Treas Bond | | None | | | Sold | 02/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IShares IBoxx $ Invt Gra De Corporate | | None | J | T | | | | | |
| 172. IShares Tr Core Total US Bond Mkt | A | Dividend | | | Sold | 02/25/13 | K | A | |
| 173. IShares Barclays Inter CR BD FD | | None | J | T | | | | | |
| 174. IShares IBoxx High Yield Corp Bond | A | Dividend | J | T | | | | | |
| 175. Powershares Emerging Markets Sovereign | | None | J | T | | | | | |
| 176. SPDR Barclays Intl Treas Bond ETF | | None | J | T | | | | | |
| 177. SPDR Barclays Capital High Yield | A | Dividend | J | T | | | | | |
| 178. AQR Managed Futures Strategy Fund | B | Dividend | K | T | | | | | |
| 179. Jefferies Commodity Strategy Alloc Fund | | None | | | Sold | 02/25/13 | J | | |
| 180. Pimco Commodity Real Return Strategy | | None | J | T | | | | | |
| 181. IShares MSCI Emerging Markets | | None | J | T | Buy | 02/25/13 | J | | |
| 182. Vanguard Index Funds Vanguard Small Cap | B | Dividend | J | T | Buy | 02/25/13 | J | | |
| 183. IShares Tips Bond | | None | J | T | Buy | 02/25/13 | J | | |
| 184. IShares Inter Credit Bond | | None | J | T | Buy | 04/16/13 | J | | |
| 185. IShares Natl Amt-Free Muni Bond | | None | J | T | Buy | 02/25/13 | J | | |
| 186. IShares JP Morgan USD Emerging Markets | | None | J | T | Buy | 02/25/13 | J | | |
| 187. Market Vectors ETF Trust Inter Municipal | | None | K | T | Buy | 02/25/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Market Vectors ETF Trust Long Municipal | | None | J | T | Buy | 02/25/13 | J | | |
| 189. Market Vectors ETF Trust Short Municipal | | None | K | T | Buy | 02/25/13 | K | | |
| 190. Market Vectors High Yield Muni ETF | | None | K | T | Buy | 02/25/13 | K | | |
| 191. NUZ Investments LLC | B | Distribution | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544